1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7

UNITED STATES OF AMERICA,    )
                             )
8            Plaintiff,       )
                             )
9    vs.                      )        CV-08-3024-FVS
                             )
10   ONE WEATHERBY            )        Final Order of Forfeiture
     VARMINTMASTER .224 CALIBER )
11   RIFLE, SERIAL NO.  S5679, )
                             )
12           Defendant.       )
                             )
13

14        Plaintiff, United States of America, alleged in a Verified Complaint for

15   Forfeiture In Rem, that the defendant property is subject to forfeiture to the United

16   States pursuant to 18 U.S.C. § 924(d)(1).

17        The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and

18   1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

19        The property to be forfeited is  is a described as follows:

20        One Weatherby Varmintmaster .224 Caliber Rifle, Serial No.  S5670,
          seized on or about October 22, 2007, from George Brown, by the
21        Bureau of Alcohol, Tobacco, Firearms and Explosives.

22        On or about August 19, 2008, the United States served a copy of the Notice of

23   Complaint for Forfeiture, Verified Complaint for Forfeiture In Rem, and Warrant of

24   Arrest In Rem, via certified mail, upon Michael G. Whitefoot, as evidenced by the

25   Certificate of Service of Notice By Mail filed herein on August 19, 2008.  Michael G.

26   Whitefoot's claim deadline was September 23, 2008.

27        In accordance with Rule G (4)(a)(I), Admiralty, Maritime Claims, Supp. Rules,

28   Fed. R. Civ. P., no notice was published because the Defendant property is worth less

Final Order of Forfeiture - 1

P90630dm.sae.wpd

than $1000, and the United States sent direct notice under Rule G(4)(b) to every person reasonably identified as a potential claimant.

On June 30, 2009, a Clerk's Order of Default was entered, forfeiting Michael G. Whitefoot's interest in the Defendant property to the United States.

To date, no claims have been filed.

It appearing to the Court that Michael G. Whitefoot's interest in the Defendant property  has been resolved by the entry of the Clerk's Order of Default;

It also appearing to the Court that no claims have been made to the Defendant property;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant Weatherby Varmintmaster .224 Caliber Rifle, Serial No.  S5670, is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person;

IT IS FURTHER ORDERED that the forfeited property shall be disposed of in accordance with law by the United States.

DATED this _____13th____ day of July, 2009.


                              s/ Fred Van Sickle

                              Fred Van Sickle
                              Senior United States District Court Judge

Presented by:

James A. McDevitt
United States Attorney

s/Shawn N. Anderson

Shawn N. Anderson
Assistant United States Attorney

Final Order of Forfeiture - 2